--------o--------

TEBO & NEOSHO RAILWAY Co., Defendant in Error, vs. L. L. KINGSBERRY, Plaintiff in Error.

1. Lee vs. Tebo & Neosho Railroad Co., 58 Mo., 178, affirmed.

*Error to Howard Circuit Court.*

*John L. Jones,* for Plaintiff in Error.

*John Montgomery, Jr.,* for Defendant in Error.

NAPTON, Judge, delivered the opinion of the court.

This case presents substantially, the same facts with the case of Lee vs. The Tebo & Neosho R. R. Co., decided by this court in 53 Mo., 178, except that in this case the depot was two and a half miles from Kingsberry.

The judgment is reversed and the cause remanded ; the other judges concur.